**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**STEVEN PINDER**                                                                                    **PETITIONER**

v.                              **CASE NO. 5:14CV00064 BSM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                          **RESPONDENT**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge H. David Young have been received, along with the objections filed thereto. After careful review of the findings and recommendations, and the objections, as well as a *de novo* review of the record, it is concluded that the findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, a determination must be made as to whether a certificate of appealability should be issued. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which petitioner has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 11th day of April 2014.

_____
UNITED STATES DISTRICT JUDGE