**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**STEVEN PINDER**                                                        **PETITIONER**

**v.**                          **CASE NO. 5:14CV00064 BSM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                        **RESPONDENT**

## JUDGMENT

Consistent with the order entered this day, the petition for writ of habeas corpus is

dismissed without prejudice.

IT IS SO ORDERED this 11th day of April 2014.

_____
UNITED STATES DISTRICT JUDGE